JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE DENNIS,<br><br>   Plaintiff,<br><br>-vs-<br><br>AFFIRM HOLDINGS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | CASE NO.<br><br>2:25-cv-02740-CBM-AJR<br><br>**ORDER TO DISMISS [11]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: June 10, 2025

_____
Consuelo B. Marshall
United States District Judge